IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FELIX GUZMAN RIVADENEIRA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 15-788 |
| ) | Judge Nora Barry Fischer/ |
| DEPARTMENT OF HOMELAND ) | Chief Magistrate Judge Maureen P. Kelly |
| SECURITY, et al., ) | |
| Defendants. ) | |

**O R D E R**

AND NOW, this 6th day of October, 2015, after the Plaintiff, Felix Guzman Rivadeneira, filed an action in the above-captioned case, and after a Report and Recommendation [8] was filed by the United States Magistrate Judge granting the parties until 14 days from September 9, 2015, to file written objections thereto, upon consideration that no objections having been filed, upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Complaint is DISMISSED as frivolous or malicious.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

                                                         s/Nora Barry Fischer
                                                         United States District Judge

cc: Honorable Maureen P. Kelly
United States Magistrate Judge

FELIX GUZMAN RIVADENEIRA
122734
McHenry County Jail
2200 North Seminary Avenue
Woodstock, IL 60098